UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-6036-RSR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRIAN McKENZIE,

        Defendant.
_____/

### **ORDER**

This matter came before the Court upon Defendant Brian McKenzie's Agreed Motion to Discharge Corporate Surety Bond [D.E. 45]. Upon review of the Agreed Motion and being duly advised in the premises, the Court notes that Defendant has appeared on his charges in the District of New Jersey, where the court imposed a $350,000.00 property bond secured by a real estate mortgage. Defendant McKenzie has posted the New Jersey bond, and has satisfied his obligations in the Southern District of Florida. Additionally, the United States has no opposition to Defendant's Agreed Motion. Accordingly, the Court now **GRANTS** Defendant's Agreed Motion and discharges and exonerates Accredited Surety & Casualty Company and Brandy Bail Bonds, Inc., from any and all further liability in the above-captioned and numbered case (under Bond Number AF-00400961), and authorizes the return of bond collateral security deposited on behalf of Defendant McKenzie in

the instant matter in the Southern District of Florida.

**DONE AND ORDERED** this 15th day of April, 2009.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record